Printed on: 01/16/2014  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2013 to 12/31/2013  
**Case Number: 12-36897 (JHW)**

Scott Smith  
P.O. Box 311  
Millville, NJ  08332

Monthly Payment: $316.00  
Payments / Month: 1  
Current Trustee Comp.: 6.60%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/15/2013 | $220.00 | 03/20/2013 | $274.00 | 04/23/2013 | $274.00 | 05/29/2013 | $200.00 |
| 06/19/2013 | $200.00 | 08/01/2013 | $250.00 | 09/18/2013 | $250.00 | 11/01/2013 | $250.00 |
| 12/26/2013 | $225.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SCOTT SMITH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM & ASSOCIATES | 13 | $3,101.00 | $1,897.05 | $1,203.95 | $1,897.05 |
| 0 | SEYMOUR WASSERSTRUM & ASSOCIATES | 13 | $300.00 | $99.85 | $200.15 | $99.85 |
| 1 | AD PETERSON ENTERPRISES INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADT SECURITY SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLIANCEONE RECEIVABLES MANAGEMENT INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | American Servicing Co | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ASSET ACCEPTANCE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLANTIC CITY ELECTRIC | 33 | $1,666.77 | $0.00 | $1,666.77 | $0.00 |
| 7 | BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,569.65 | $0.00 | $5,569.65 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $944.12 | $0.00 | $944.12 | $0.00 |
| 10 | CAPITAL ONE BANK USA, N.A. | 33 | $9,383.37 | $0.00 | $9,383.37 | $0.00 |
| 11 | Citifinancial | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF MILLVILLE | 24 | $6,730.20 | $0.00 | $6,730.20 | $0.00 |
| 13 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $496.23 | $0.00 | $496.23 | $0.00 |
| 15 | FIRST PREMIER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,353.67 | $0.00 | $3,353.67 | $0.00 |
| 17 | GMAC MORTGAGE, LLC | 24 | $1,564.35 | $0.00 | $1,564.35 | $0.00 |
| 18 | HEATHER ANDERSON | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,159.16 | $0.00 | $6,159.16 | $0.00 |
| 20 | HUDSON ENERGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO INVESTMENTS I, LLC | 33 | $876.75 | $0.00 | $876.75 | $0.00 |
| 22 | STERLING JEWELERS, INC. | 24 | $340.41 | $0.00 | $340.41 | $0.00 |
| 23 | NORTH AMERICAN COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ORCHARD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | SEARS CREDIT CARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SOUTH JERSEY HEALTHCARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | THE DAILY JOURNAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | U.S. BANK HOME MORTGAGE | 24 | $3,950.74 | $0.00 | $3,950.74 | $0.00 |
| 31 | AMERICAN INFOSOURCE, LP | 33 | $72.10 | $0.00 | $72.10 | $0.00 |
| 32 | ATLANTIC CITY ELECTRIC | 33 | $3,019.77 | $0.00 | $3,019.77 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $369.47 | $0.00 | $369.47 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $538.60 | $0.00 | $538.60 | $0.00 |
| 37 | FIRST PREMIER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | eCAST SETTLEMENT CORPORATION | 33 | $4,108.14 | $0.00 | $4,108.14 | $0.00 |
| 40 | STATE OF NEW JERSEY | 28 | $160.04 | $0.00 | $160.04 | $0.00 |
| 41 | QUANTUM3 GROUP, LLC | 33 | $2,231.11 | $0.00 | $2,231.11 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2012 | 6.00 | $0.00 |
| 06/01/2013 | Paid to Date | $1,188.00 |
| 07/01/2013 | 2.00 | $309.00 |
| 09/01/2013 | 51.00 | $316.00 |
| 12/01/2017 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,143.00 |
| Total paid to creditors this period: | $1,996.90 |
| Undistributed Funds on Hand: | $425.00 |
| Arrearages: | $823.00 |
| Attorney: | SEYMOUR WASSERSTRUM & ASSOCIATES |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**