Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12−36897−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Smith
   aka Scott D Mitchell, aka Justin R Hewitt
   PO Box 311
   Millville, NJ 08332

Social Security No.:
   xxx−xx−5088

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 14, 2013.

On 1/8/15 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               February 11, 2015
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 13, 2015
JJW: dmb

                                                                              James J. Waldron
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-36897-ABA
Scott Smith                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: dbranno              Page 1 of 2                  Date Rcvd: Jan 13, 2015
                              Form ID: 185               Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
```
db             +Scott Smith,    PO Box 311,     Millville, NJ 08332-0311
513484469      +AD Peterson Enterprises Inc,    5 Purdue Ave,    Bridgeton, NJ 08302-3232
513484470      +Adt Secuirty Services,    Po Box 371490,    Pittsburgh, PA 15250-7490
513484472      +American Servicing Co,    7485 New Horizon Way,     Frederick, MD 21703-8388
513484475      +Best Buy,    Po Box 88000,    Baltimore, MD 21288-0001
513755991      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513755656      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513484476      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
513484477      +Capital One,    PO Box 5253,    Carol Stream, IL 60197-5253
513484478       Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC  28272-1083
513484479      +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
513484481       Comcast,    PO Box 3005,    Southeastern, PA  19398-3005
513484483       First Premier Bank,    PO Box 5519,    Sioux Falls, SD  57117-5519
513600659      +GMAC MORTGAGE LLC as servicer for Deutsche Bank Tr,     c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513484485      +Gmac Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
513484486      +Heather Anderson,    Deputy Attorney General, Division Of Law,    25 Market Street, P.O. Box 106,
                 Trenton, NJ 08025-0106
513484487       Home Depot,    Processing Center,    Des Moines, IA  50364-0500
513484488      +Hudson Energy,    4 Executive Blvd, Suite 301,    Suffern, NY 10901-4190
513484491      +North American Collection Agency,    PO Box 827,    Edgement, PA 19028-0827
513484492       Orchard Bank,    P.O. Box 17051,    Baltimore, MD  21297-1051
513484493     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     PO Box 12903,    Norfolk, VA  23541)
513880633      +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513880634      +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541,
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513710030     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695)
513484494       Sears Credit Cards,    PO Box 183082,    Columbus, OH  43218-3082
513484495      +South Jersey Healthcare,    PO Box 8484,    Cherry Hill, NJ 08002-0484
513484496      +State Of New Jersey,    Division Of Taxation,    2 Riverside Drive, Suite 200,
                 Camden, NJ 08103-1013
513551576      +Sterling Jewelers Inc dba KAY JEWELERS,    PO Box 93784,    Cleveland, OH 44101-5784
513484497       The Daily Journal,    Po Box 742621,    Cincinnati, OH  45274-2621
513484498      +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
513484499      +Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
513484500      +Youngblood, Lafferty, And Sampoli Pa,    1201 New Road, Suite 230,    Linwood, NJ 08221-1154
513510806       eCAST Settlement Corporation assignee of GE Money,    Bank,    POB 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: leah.bynon@usdoj.gov Jan 13 2015 21:08:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2015 21:08:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513484471       E-mail/Text: roy.buchholz@allianceoneinc.com Jan 13 2015 21:07:38
                 Allianceone Receivables Management Inc,    PO Box 3102,    Southeastern, PA  19398-3102
513596613       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2015 21:12:58
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
513484473       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 13 2015 21:08:25      Asset Acceptance,
                 P.O. Box 2036,    Warren, MI  48090-2036
513484474      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 13 2015 21:08:10      Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
513484480      +E-mail/Text: sherri.ball@millvillenj.gov Jan 13 2015 21:08:30      City Of Millville,
                 Tax Collector,    PO Box 609,    Millville, NJ 08332-0609
513504177      +E-mail/Text: sherri.ball@millvillenj.gov Jan 13 2015 21:08:30      City of Millville,
                 12 S High St,    Millville NJ 08332-4244
513484482       E-mail/Text: creditonebknotifications@resurgent.com Jan 13 2015 21:07:46      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA  91716-0500
513484484      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2015 21:13:17     GE Capital,    PO Box 981400,
                 El Paso, TX 79998-1400
513484489       E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2015 21:12:17     JCPenney,    PO Box 27570,
                 Albuquerque, NM 87125
513484490      +E-mail/Text: ebnsterling@weltman.com Jan 13 2015 21:08:16     Kay Jewelers,    375 Ghet Road,
                 Farilawn, OH 44333-4600
513751273       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2015 21:12:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-1          User: dbranno              Page 2 of 2                  Date Rcvd: Jan 13, 2015
                              Form ID: 185               Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513757320         E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2015 21:13:22      Portfolio Investments II LLC,
                   c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, Florida   33131-1605
513613622         E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2015 21:08:19
                   Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
                   Kirkland, WA   98083-0788
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513755993*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,   c/o Capital One - Kmart,
                POB 41067,    Norfolk VA 23541)
513755989*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,
                Norfolk VA 23541)
513741600*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                POB 41067,    Norfolk VA 23541)
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
```
          Charles G. Wohlrab    on behalf of Debtor Scott  Smith mylawyer7@aol.com,
           ecf@seymourlaw.net;cwohlrab@seymourlaw.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
          Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC as servicer for Deutsche Bank Trust
           Company Americas as Trustee for RALI 2006-QS3 jackerman@zuckergoldberg.com
          Nicholas S. Herron    on behalf of Debtor Scott  Smith mylawyer7@aol.com,
           ecf@seymourlaw.net;nicholas.s.herron@gmail.com
          William M. E. Powers, III    on behalf of Creditor    U.S. Bank National Association
           ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association
           ecf@powerskirn.com
                                                                                             TOTAL: 8
```